No. 23-3729

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 25, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| KRISSIA EUNICE SOLA-GARCIA, | ) |
| Petitioner, | ) |
| v. | )    O R D E R |
| MERRICK B. GARLAND, U.S. Attorney General, | ) |
| Respondent. | ) |

Before: GRIFFIN, KETHLEDGE, and NALBANDIAN, Circuit Judges.

Krissia Eunice Sola-Garcia, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals ("BIA") dismissing her appeal from an immigration judge's decision denying her application for asylum, withholding of removal, and protection under the Convention Against Torture. The Attorney General moves to remand, so the BIA may reconsider whether Sola-Garcia's social groups are sufficiently particular. Sola-Garcia does not oppose the motion.

"An 'agency may request a remand (without confessing error) in order to reconsider its previous position.'" *Ren v. Gonzales*, 440 F.3d 446, 448 (7th Cir. 2006) (quoting *SKF USA Inc. v. United States*, 254 F.3d 1022, 1029 (Fed. Cir. 2001)). Neither party has yet filed its brief. But the Attorney General recognizes that the agency should consider whether other authorities consistent with its precedent are relevant to Sola-Garcia's issues on appeal. The Attorney General's motion to remand is well taken based on this precedent, the record, and the parties' agreement that further development of the issues is needed.

No. 23-3729
-2-

Accordingly, the motion to remand is **GRANTED**.  The remand will render the prior order of removal non-final.  *See Martinez-Marroquin v. Gonzales*, 489 F.3d 778, 778 (6th Cir. 2007) (order).  Sola-Garcia is therefore cautioned that if she wishes to appeal following the conclusion of the proceedings on remand, she must file a new timely petition for review.  *See id.*

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk